# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

The Incorporation Village of Valley,  )
PFARRWEG 1,  )
83626 Valley Germany  )
  )
        Plaintiff,  )
  )
v.  )    Civil Action No: 99-2851  (CKK)
  )
  )
  )
United States Department of State,  )
The Broadcasting Board Of Governors  )
Legal Advisor  )
Room 6423  )
2201 C Street, N.W.  )
Washington, DC 20520  )
  )
        Defendant.  )
  )
  )
  )

## ORDER

    Upon consideration of Defendant's January 18, 2000 motion for enlargement of time,  it

is hereby ordered that the motion is granted.  Defendant shall respond  to Plaintiff's Complaint on

or before March  20, 2000.

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

Dated: Jan. 24, 2000

6

Copies to:

Counsel for Defendant:

Paul A. Mussenden
Assistant United States Attorney
555 Fourth Street, N.W., Rm. 10-409
Washington, D.C.  20001

Counsel for Plaintiff:

Bernard Buecker, Esq.
2201 Tower Life Building
310 S. St. Mary's St.
San Antonio, Texas 78205