UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE INCORPORATED VILLAGE OF VALLEY, *et al.*,<br><br>   Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>   Defendants. | Civil Action No. 99-2851 (CKK) |

## ORDER

On January 28, 2004, the parties informed the Court in a teleconference that the issues in this case have been resolved, and that the parties would like to voluntarily dismiss this suit. In accordance with Federal Rule of Civil Procedure 41(a)(2), it is this January 28th, 2004, hereby

**ORDERED** that this case is DISMISSED WITH PREJUDICE.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge